# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROCKWALL HIGHGATE, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-00239 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA A/K/A CHUBB AGRIBUSINESS, | § § § § | |
| Defendant. | § | |

## INDEX

Exhibit A.   Index of Attached Exhibits;

Exhibit B.   A copy of the state Court's Docket Sheet/Case Summary for the case;

Exhibit C.   Documents filed in the district court action as listed below:

    Exhibit C-1.   Plaintiff's Original Petition
                   Filed:  December 17, 2018

    Exhibit C-2.   Civil Case Information Sheet
                   Filed:  December 17, 2018

    Exhibit C-3.   Issue Citation
                   Filed:  December 18, 2018

    Exhibit C-4.   Defendant's Original Answer
                   Filed:  January 28, 2019