# Exhibit B

Case 3:19-cv-00239-L   Document 1-2   Filed 01/31/19   Page 2 of 3   PageID 9

## Case Information

1-18-1649 | ROCKWALL HIGHGATE, LTD Vs INDEMNITY INSURANCE
COMPANY OF NORTH AMERICAN A/K/A CHUBB AGRIBUSINESS

| Case Number | Court | Judicial Officer |
|---|---|---|
| 1-18-1649 | 439th District Court | Rakow, David E |
| File Date | Case Type | Case Status |
| 12/17/2018 | Contract - Other | Filed |

## Party

Plaintiff
ROCKWALL HIGHGATE, LTD

Address
C/O SCOTT ORTIZ, 1012 RIDGE ROAD
ROCKWALL TX 75087

Active Attorneys▾
Lead Attorney
ORTIZ, SCOTT
Retained

Defendant
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICAN A/K/A CHUBB
AGRIBUSINESS

Address
C/O COMMISSIONER OF INSURANCE, P.O.
BOX 149104
AUSTIN TX 78714

Active Attorneys▾
Lead Attorney
MOODY, JAMES H.,
III
Retained

## Events and Hearings

12/17/2018 Original Petition (OCA)



Case 3:19-cv-00239-L   Document 1-2   Filed 01/31/19   Page 3 of 3   PageID 10

12/17/2018 PETITION

12/17/2018 Civil Case Information Sheet

12/18/2018 Citation

12/18/2018 Citation ▲

01/28/2019 Answer

01/28/2019 Request

## Financial

ROCKWALL HIGHGATE, LTD

| | Total Financial Assessment | | | $300.00 |
| | Total Payments and Credits | | | $300.00 |

| 12/18/2018 | Transaction Assessment | | | $300.00 |
|---|---|---|---|---|
| 12/18/2018 | eFile Payment | Receipt # DC-2018-08398 | ROCKWALL HIGHGATE, LTD | ($300.00) |